■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH BELL, Appellant. [824 NYS2d 710]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about February 10, 2005, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur— Buckley, P.J., Mazzarelli, Gonzalez, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO SOSA, Appellant. [824 NYS2d 710]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered March 26, 2003, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fourth degrees, and sentencing him, as a second felony offender, to concurrent terms of 10 to 20 years and 3 to 6 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Bleakley*, 69 NY2d 490, 495 [1987]).

We perceive no basis for reducing the sentence. Concur— Buckley, P.J., Mazzarelli, Gonzalez, Sweeny and Catterson, JJ.